CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br><br>Jorge Campuzano-Miranda<br>DOB: ▮ 1972; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>21-07087MJ |

Complaint for violation of Title 18, United States Code § 111(a),(b) and 1114.

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about April 1, 2020, in the District of Arizona, near Douglas, **Jorge Campuzano-Miranda** did knowingly and forcibly assault a federal law enforcement officer of an agency of the United States government, that is, United States Border Patrol Agent Obed Valdivia, while Agent Valdivia was engaged in or on account of the performance of his official duties, and in the commission of such assault, the defendant did use a deadly or dangerous weapon, that is, his vehicle; in violation of Title 18, United States Code, Sections 111(a), 111(b) and 1114.

On or about April 1, 2020, in the District of Arizona, near Douglas, **Jorge Campuzano-Miranda** did knowingly and forcibly assault a federal law enforcement officer of an agency of the United States government, that is, United States Border Patrol Agent Jesus Samuel Padilla, while Agent Padilla was engaged in or on account of the performance of his official duties, and in the commission of such assault, the defendant did use a deadly or dangerous weapon, that is, his vehicle; in violation of Title 18, United States Code, Sections 111(a), 111(b) and 1114.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On April 1, 2020, US Border Patrol Agents Obed Valdivia and Jesus Samuel Padilla were on duty patrolling the area known as Monument Hill east of Douglas, Arizona. Both agents were in uniform and driving marked US Border Patrol vehicles. Shortly before 2:00 PM, both agents heard radio transmissions from fellow agents regarding a yellow construction truck that was failing to yield. The construction truck was driving east on the road that parallels the international border wall. Both BPA Valdivia and BPA Padilla positioned their vehicles to intercept the construction truck near Monument Hill.

After the construction truck reached Monument Hill, it drove off the road to avoid a vehicle stopped in the roadway. BPA Valdivia paralleled the construction truck on the road. After driving a short distance off road, the construction truck turned back onto the road. At the same time, the yellow construction truck turned south towards BPA Valdivia's truck and struck the Border Patrol vehicle on the rear driver's side quarter panel. The collision brought both vehicles to a stop. Agent Valdivia then exited his vehicle and approached the construction truck.

(continued on reverse)

**MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:**

DETENTION REQUESTED
COMPLAINT REVIEWED by AUSA Serra M. Tsethlikai *(s/SMT)*

*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.*

Sworn to before me and subscribed in my presence.

SIGNATURE OF MAGISTRATE JUDGE[1]
/s/ Jacquelyn M. Rateau

[1] See Federal Rules of Criminal Procedure Rules 3 and 54

SIGNATURE OF COMPLAINANT
/s/ Russell W. Jewell

OFFICIAL TITLE & NAME:
Russell W. Jewell, FBI

DATE
February 26, 2021

(continued from front)

The construction truck stopped and the driver and several passengers ran into Mexico. According to BPA Padilla, the driver appeared to point a small caliber pistol toward BPA Padilla when the driver exited the vehicle. BPA Padilla then discharged his service pistol toward the driver, but did not strike him.

Border Patrol agents detained four passengers from the construction truck. One passenger identified the driver as **Jorge Campuzano-Miranda**. **Campuzano's** fingerprint was located inside of the driver-side door of the construction truck.

**Victim**: Obed Valdivia and Jesus Samuel Padilla