AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) |
|---|---|
| v. | ) |
| Jorge Campuzano-Miranda | ) Case No. 21-07087MJ |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jorge Campuzano-Miranda,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

On or about April 1, 2020, in the District of Arizona, near Douglas, Jorge Campuzano-Miranda did knowingly and forcibly assault, intimidate, and interfere with two federal law enforcement officers of an agency of the United States government, while two Border Patrol agents were engaged in or on account of their performance of their official duties, and in the commission of such assault, the defendant did use a deadly or dangerous weapon, that is, his vehicle; in violation of Title 18, United States Code, Sections 111(a), 111(b) and 1114.

Date: 02/26/2021

*Issuing officer's signature*

City and state: Tucson, Arizona

Jacqueline M. Rateau, U.S. Magistrate Judge
*Printed name and title*

s/ Debra D. Lucas, Clerk

### Return

This warrant was received on *(date)* 02/26/2021, and the person was arrested on *(date)* 02/10/2022
at *(city and state)* Las Cruces, New Mexico.

Date: 03/11/2022

SUSPECT ARRESTED BY USMS
AND INITIALED ON 03/14/2022
IN THE DISTRICT OF ARIZONA

*Arresting officer's signature*

*Printed name and title*

cc: USMS (2 cc), AUSA, PTS