GARY M. RESTAINO
United States Attorney
District of Arizona
SERRA M. TSETHLIKAI
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: serra.tsethlikai@usdoj.gov
Attorneys for Plaintiff

FILED
2022 APR -6 PM 7:48
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR22-00681 TUC-RM(LCK)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

   Plaintiff,

vs.

Jorge Zazueta-Miranda,
aka Jorge Campuzano-Miranda,

   Defendant.

**INDICTMENT**

Violations:
18 U.S.C. § 111(a) and 111(b)
Assault on a Federal Officer
Count 1

18 U.S.C. § 111(a) and 111(b)
Assault on a Federal Officer
Count 2

8 U.S.C. § 1326(a)(enhanced by
8 U.S.C. § 1326(b)(1))
Reentry of Removed Alien
Count 3

VICTIM CASE

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about April 1, 2020, in the District of Arizona, Defendant **JORGE ZAZUETA-MIRANDA,** aka Jorge Campuzano-Miranda, did knowingly, intentionally and forcibly assault United States Border Patrol Agent O.V., a person designated under Title 18, United States Code, Section 1114 as a Federal officer, while Agent O.V. was

engaged in and on account of the performance of his official duties, and in the commission of such assault, the defendant did use a deadly and dangerous weapon, to wit: a vehicle.

All in violation of Title 18, United States Code, Sections 111(a) and 111(b).

## COUNT 2

On or about April 1, 2020, in the District of Arizona, Defendant **JORGE ZAZUETA-MIRANDA,** aka Jorge Campuzano-Miranda, did knowingly, intentionally and forcibly assault United States Border Patrol Agent J.S.P., a person designated under Title 18, United States Code, Section 1114 as a Federal officer, while Agent J.S.P. was engaged in and on account of the performance of his official duties, and in the commission of such assault, the defendant did use a deadly and dangerous weapon, to wit: a vehicle.

All in violation of Title 18, United States Code, Section 111(a) and 111(b).

## COUNT 3

On or about April 1, 2020, in the District of Arizona, to wit: at or near Douglas, **JORGE ZAZUETA-MIRANDA**, aka Jorge Campuzano-Miranda, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near Del Rio, Texas, on or about April 27, 2017,

///

and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Sections 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1).

                                          A TRUE BILL

                                          /s/

FOREPERSON OF THE GRAND JURY
Dated: April 6, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

**REDACTED FOR PUBLIC DISCLOSURE**

/s/

SERRA M. TSETHLIKAI
Assistant U.S. Attorney

*United States of America v. Jorge Zazueta-Miranda*
*Indictment Page 3 of 3*